# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PATRICIA A. EDWARDS                                          Case Number: 06-72061
        102 SHERIDAN DRIVE            SSN-xxx-xx-8188
        LOVES PARK, IL  61111

                                                    Case filed on:      11/3/2006
                                                    Plan Confirmed on:  1/22/2007
                        C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,987.10        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF CROSBY & ASSOCIATES | 3,399.00 | 3,399.00 | 0.00 | 0.00 |
|  | Total Legal | 3,399.00 | 3,399.00 | 0.00 | 0.00 |
| 003 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | INTERNAL REVENUE SERVICE | 1,520.10 | 1,520.10 | 1,520.10 | 0.00 |
| 034 | INTERNAL REVENUE SERVICE | 1,520.10 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,040.20 | 1,520.10 | 1,520.10 | 0.00 |
| 999 | PATRICIA A. EDWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JACK MITCHELL MOTORS INC | 1,352.00 | 1,352.00 | 1,352.00 | 0.00 |
| 002 | WELLS FARGO BANK NA | 10,769.23 | 4,508.74 | 4,508.74 | 0.00 |
|  | Total Secured | 12,121.23 | 5,860.74 | 5,860.74 | 0.00 |
| 004 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 699.17 | 119.42 | 19.51 | 0.00 |
| 005 | ARIZONA MAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY TERRY HOSS & | 551.76 | 94.24 | 15.40 | 0.00 |
| 007 | ATLANTIC CREDIT & FINANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 5,469.85 | 934.25 | 152.61 | 0.00 |
| 009 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,672.73 | 1,139.70 | 186.16 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 5,706.11 | 974.60 | 159.19 | 0.00 |
| 011 | CAVALRY PORTFOLIO SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 1,800.60 | 307.54 | 50.24 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 9,832.04 | 1,679.31 | 274.31 | 0.00 |
| 014 | LTD FINC SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 483.66 | 82.61 | 13.50 | 0.00 |
| 021 | LVNV FUNDING LLC | 1,105.83 | 188.88 | 30.85 | 0.00 |
| 022 | SHERMAN ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TERRY HOSS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | UNIFUND CORP / OH | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | US BANK/RETAIL PAYMENT SOLUTIONS | 224.83 | 38.40 | 6.28 | 0.00 |
| 026 | WARNER CHIRPORACTIC CLINIC LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WORLD FINANCIAL NETWORK NATIONAL BANK | 623.09 | 106.42 | 17.38 | 0.00 |
| 029 | WFNNB / ROAMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SHERRI D. EDWARDS COX | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WORLD FINANCIAL NETWORK NATIONAL BANK | 554.93 | 94.78 | 15.48 | 0.00 |
| 032 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,712.73 | 292.53 | 47.79 | 0.00 |
| 033 | INTERNAL REVENUE SERVICE | 426.98 | 72.93 | 11.91 | 0.00 |
| 034 | INTERNAL REVENUE SERVICE | 426.98 | 0.00 | 0.00 | 0.00 |
| 035 | B-LINE LLC | 1,939.52 | 331.27 | 54.10 | 0.00 |
|  | Total Unsecured | 38,230.81 | 6,456.88 | 1,054.71 | 0.00 |
|  | Grand Total: | 56,791.24 | 17,236.72 | 8,435.55 | 0.00 |

Total Paid Claimant:      $8,435.55
Trustee Allowance:        $551.55          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    16.33           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                           _/s/ Lydia S. Meyer_____
                                           Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan